**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: ) | |
| KENDRICK DEVON THOMAS, ) | |
|     DEBTOR. ) | CHAPTER 7 |
| ADDRESS   2179 BALLY CLARE COURT SW ) | CASE NO. 22-59167 |
|     MARIETTA, GA 30008 ) | |
| ) | |
| Last four digits of Social Security or Individual ) | |
| Tax-payer Identification (ITIN) No(s)., (if any): ) | |
| xxx-xx-4111 ) | |

**NOTICE OF MOTION TO REOPEN**

**PLEASE TAKE NOTICE** that Debtor has filed a MOTION TO REOPEN and related papers with the Court.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom you served the response. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail, fax, or email a copy of your response to the undersigned at the address stated below.

Date: Thursday, April 13, 2023.

_____/s/
Charles M. Clapp, 101089
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
(404) 585-0040 (Office)
(404) 393-8893 (Fax)
charles@lawcmc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| KENDRICK DEVON THOMAS, | ) | CASE NO. 22-59167 |
| Debtor(s), | ) | CHAPTER 7 |

**DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE**

Comes now Debtor, through undersigned counsel, and moves this Court to Reopen this Chapter 7 case. In support thereof, Debtor shows the Court as follows:

1.

This case was commenced on November 10. 2022 upon Debtor's filing a Voluntary Petition in Bankruptcy for relief under Title 11, the United States Code.

2.

This case was closed without discharge on March 6, 2023 for failure to file a Certificate of Completion of Financial Management (Doc. No. 13).

3.

Debtor respectfully request that his case be reopened so he may receive a discharge. Counsel filed the Certificate of Financial Management, which was completed on December 28, 2022. (*See* Debtor's Financial Management Certificate, Doc. No. 15).

4.

Counsel for Debtor has paid the $260.00 fee to reopen the case.

WHEREFORE, Debtor asks that the case be reopened so that Debtor may receive a discharge and for such other relief as this Court deems equitable and just.

This Thursday, April 13, 2023.

_/s/_____
Charles Clapp
Attorney for Debtor
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
(404)585-0040 (Office)
(404)393-8893 (Fax)
charles@lawcmc.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the foregoing summons and a copy of the above Motion made Thursday, April 13, 2023 by regular, first class United States mail, postage fully pre-paid, addressed to:

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Kendrick Devon Thomas
2179 Bally Clare Court SW
Marietta, GA 30008

Respectfully submitted,

_/s/_____
Charles Clapp
Attorney for Debtor
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
(404)585-0040 (Office)
(404)393-8893 (Fax)
charles@lawcmc.com